1030

[No. 23629-3-III.   Division Three.   February 2, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. JACOB EDWIN OLLOM, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00587-9, Kenneth L. Jorgensen, J., entered November 16, 2004. *Remanded* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 53475-1-I.   Division One.   February 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LORRAINE KATHLEEN NETHERTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10208-1, Ronald Kessler, J., entered November 7, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 55140-0-I.   Division One.   February 6, 2006.]

*In the Matter of the Detention of* DERYLE D. HOVINGA, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-27536-1, Douglass A. North, J., entered August 6, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman, J., and Dwyer, J. Pro Tem. Now published at 132 Wn. App. 16.

[No. 56545-1-I.   Division One.   February 6, 2006.]

RICHARD LIONEL DYSON, *Appellant*, v. CHRISTINE GREGOIRE, *as Governor*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-20663-2, Michael Hayden, J., entered June 28, 2005. *Affirmed* by unpublished per curiam opinion.